STUART F. DELERY
Assistant Attorney General
Civil Division
ANDRE BIROTTE JR.
United States Attorney
JUDRY SUBAR
Assistant Director,
Federal Programs Branch
RAPHAEL O. GOMEZ
(D.C. Bar #305540)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-1318
Facsimile: (202) 616-8460
raphael.gomez@usdoj.gov

Attorneys for United States of America et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA MONICA<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants | No. CV 13-08046 JFW (VBKx)<br><br>Honorable John F. Walter |

(1)     EX-PARTE APPLICATION FOR AN ORDER ENLARGING TIME TO FILE DEFENDANTS' ANSWER, MOTION, OR OTHERWISE RESPOND TO INITIAL COMPLAINT; and

(2)     DECLARATION OF RAPHAEL O. GOMEZ

[F.R.C.P. 6(b) and Local Rule 7-19]

# EX-PARTE APPLICATION FOR AN ORDER ENLARGING DEFENDANTS' TIME TO FILE AN ANSWER, MOTION, OR OTHERWISE RESPOND

Defendants hereby move and apply for an Order from this Court, ex-parte, enlarging and extending their time to file an answer, motion, or otherwise respond to the initial complaint by forty-four days, from December 30, 2013 up to and including February 12, 2014. The reasons for this request are set forth in the attached declaration of Raphael O. Gomez. The notice for this ex-parte application required under Local Rule 7-19 is also incorporated in the declaration.

DATED: December 13, 2013.

STUART F. DELERY
Assistant Attorney General
Civil Division

ANDRE BIROTTE JR.
United States Attorney

JUDRY SUBAR
Assistant Director,
Federal Programs Branch

_____/s/_____.
RAPHAEL O. GOMEZ
(D.C. Bar #305540)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-1318
Facsimile: (202) 616-8460
raphael.gomez@usdoj.gov

Attorneys for United States of America et al.

## DECLARATION OF RAPHAEL O. GOMEZ

I, RAPHAEL O. GOMEZ, pursuant to 28 U.S.C. § 1746 state as follows:

1. I am an attorney with the Civil Division, Federal Programs Branch, of the U.S. Department of Justice in Washington, D.C. and am primarily responsible for handling this action.

2. No prior application for extending time to respond to the complaint, or any other applications, have been sought by the defendants.

3. This application for a forty-four day extension is made on behalf of the defendants to provide additional time for counsel to plaintiff's complaint. The issues in this quiet title and declaratory relief action relate primarily to a transfer of property that occurred in 1948. Plaintiff's Complaint at 1. Given various allegations regarding the acquisition or control of the property at issue with the respect to the Government's war efforts in World War II, as well as a variety of related administrative matters and other litigation regarding this property since 1948, defendants' counsel needs to obtain and review a large number of documents associated or related to plaintiff's claims regarding the property from the 1940's and beyond, as well as extensive administrative and litigation records concerning the property. Additional time is needed to review and analyze these documents in order to properly respond to allegations raised in the complaint.

4. Further, given the nature, age, and complexity of the records to be reviewed and the allegations raised by plaintiff, additional time is needed to coordinate and confer with agency personnel. Various agency personnel with whom defendants' counsel needs to confer are unavailable the fourth week of December due to previously scheduled leave related to the December/January holidays.

5. In addition, defendants' counsel will be travelling to Houston, Texas for two to three

days the third week of December 2013, to work on another case. Defendants' counsel anticipates that he will be traveling to Houston, Texas again in the latter part of January 2014, to review proposed document production in the same case.

6. Finally, counsel is not available the second week of January 2014 due to a family commitment. Defendants' 87 year old mother is scheduled for surgery on January 13, 2014 at the Penn Heart and Vascular Center in Philadelphia, Pennsylvania and due to the nature of the surgery will be remaining at the hospital until January 17, 2014.

7. On December 4, 2013, I called and spoke with plaintiff's counsel William O'Connor and requested an extension to February 14, 2014 to respond to plaintiff's complaint. On December 9, 2013, by e-mail, plaintiff's counsel William O'Connor stated that he had conferred with his co-counsel and plaintiff was unable to agree to defendants' request for an extension.

8. Pursuant to Local Rule 7-19, on December 13, 2013, I spoke with plaintiff's counsel William O'Connor and apprised him of this ex parte application requesting a forty-four day extension. I also notified him that any opposition by plaintiff must be filed not later than twenty-four hours after the filing of the ex parte application. Plaintiff's counsel O'Connor stated that plaintiff opposes defendants' request for an extension to February 12, 2014. Plaintiff's counsel has requested that I attach plaintiff's December 9 and 13, 2013 e-mails to defendants' ex parte application. Both e-mails are attached as Exhibit A to this declaration. A copy of this ex parte application is also being faxed to plaintiff's counsel at both the Law Offices of Morrison & Foerster and the Los Angeles City Attorney, contemporaneously with the e-filing of the application.

9. This request is made on behalf of the defendants pursuant to F.R.C.P. 6(b). Defendants believe that there is no apparent prejudice to the parties by this extension of time for defendants to file an answer, motion, or otherwise respond, to the complaint. Further, after review of the numerous documents and administrative/litigation record defendants will be able to determine whether a motion to dismiss in whole or part will be filed which may moot the need for further proceedings if granted; or may result in a streamlining of the issues to be adjudicated. Accordingly, the requested extension would be in the interests of judicial economy.

1 Defendants request the Order grant them up to and including February 12, 2014 to file a response
2 to the Complaint.
3      I declare under penalty of perjury that the foregoing is true and correct.
4      Executed on December 13, 2013 at Washington, D.C.

                                                            /s/
                                      RAPHAEL O. GOMEZ

# Exhibit A

## To Declaration of Raphael O. Gomez

| | |
|---|---|
| **From:** | O'Connor, William V. |
| **To:** | Gomez, Raphael (CIV) |
| **Cc:** | marsha.moutrie@smgov.net; Lance Gams (Lance.Gams@SMGOV.NET); Rushing, Don G.; Huston, James W.; joseph.lawrence@smgov.net; Ivan Campbell (Ivan.Campbell@SMGOV.NET) |
| **Subject:** | RE: City of Santa Monica v. United States - Extension Request |
| **Date:** | Friday, December 13, 2013 3:56:19 PM |

Raphael,

Thanks for the call this afternoon regarding your intent to file an ex parte application for an extension until February 12, 2014 to respond to the Complaint. The City's position, as stated in my email below, has not changed even though the ex parte relief you are requesting is slightly different than what we discussed last week, i.e., an extension until February 12, rather than the initial request for an extension until February 14.

We would appreciate it if the ex parte attached and referred to our emails regarding the extension so the Court is aware of our position and that the request is opposed. Since we haven't seen the ex parte yet, we may file an opposition if necessary.

Best regards,

Bill O'Connor


**From:** O'Connor, William V.
**Sent:** Monday, December 09, 2013 1:49 PM
**To:** raphael.gomez@usdoj.gov
**Cc:** marsha.moutrie@smgov.net; Lance Gams (Lance.Gams@SMGOV.NET); Rushing, Don G.; Huston, James W.
**Subject:** City of Santa Monica v. United States - Extension Request

Raphael,

Thank you for the call regarding the case. We have discussed with the City your request for a six-week extension (until February 14, 2014) to file a motion to dismiss the Complaint served on October 31, 2013. Unfortunately, we are unable to agree to such a lengthy extension of time. The City will agree to a shorter extension (until January 10, 2014) to accommodate the holidays and your prior commitments.

As you know, extensions of more than 30 days are disfavored in the Central District (Local Rule 8-3), and Judge Walter's standing order directs the parties to work hard and abide by the deadlines imposed by the FRCP, the local rules, and the standing order. Additionally, as I mentioned during our call, an expeditious resolution of this case is very important to the City Council and the community. The disputed issues raised in the Complaint should be decided quickly, so there is certainty regarding the airport property after contractual obligations expire in 2015. It is the City Council's wish to move this case forward. In considering the Government's request, we felt it was important to respect the Court's and the Council's preferences for avoiding delay.

We should also plan to discuss the Government's upcoming motion. Local Rule 7-3 requires the parties to participate in a pre-filing conference prior to the filing of a motion to dismiss. Judge Walter's standing order directs the parties to resolve issues that can be cured by an amended pleading through this process and in-person meetings are preferred. We suggest an in-person meeting in Los Angeles with your local counterpart in the US Attorney's office. Participants from Washington, DC may join the meeting by phone. We would like to schedule the conference for next week. Please give me a call at your earliest convenience to discuss scheduling options.

Best regards,

Bill O'Connor
Morrison & Foerster LLP

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---