1  STUART F. DELERY
   Assistant Attorney General
2  Civil Division
   ANDRE BIROTTE JR.
3  United States Attorney
   JUDRY SUBAR
4  Assistant Director,
   Federal Programs Branch
5  RAPHAEL O. GOMEZ
   (D.C. Bar #305540)
6  Senior Trial Counsel
   U.S. Department of Justice
7  Civil Division, Federal Programs Branch
   P.O. Box 883
8  Washington, D.C. 20044
   Telephone: (202) 514-1318
9  Facsimile: (202) 616-8460
   raphael.gomez@usdoj.gov
10
   Attorneys for United States of America et al.
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA MONICA | No. CV 13-08046 JFW (VBKx) |
| Plaintiff, | **ORDER RE DEFENDANTS'** |
| v. | **EX PARTE APPLICATION** |
| UNITED STATES OF AMERICA, et al., | [PROPOSED] |
| Defendants | Honorable John F. Walter |

Defendants applied ex-parte for an Order to extend and enlarge the time to file an answer, motion, or otherwise respond to the Complaint in the above- captioned action .

Having considered the application and the declaration in support of said application, and good cause having been shown by defendants,

IT IS HEREBY ORDERED that defendants shall have up to, and including, February, 12, 2014 to file an answer, motion, or otherwise respond to the Complaint in the above-captioned action.

DATED:

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

STUART F. DELERY
Assistant Attorney General
Civil Division

ANDRE BIROTTE JR
United States Attorney

JUDRY SUBAR
Assistant Director,
Federal Programs Branch


_____/s/_____
RAPHAEL O. GOMEZ
(D.C. Bar #305540)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-1318
Facsimile: (202) 616-8460
raphael.gomez@usdoj.gov

Attorneys for United States of America et al.