# EXHIBIT D

601.53 Clover Field, Santa Monica Municipal Airport, Santa Monica, Calif. - ENGLT
Case 2:13-cv-08046-JFW-VBK Document 184 Filed 10/14 Page 2 of 3 Page ID #:294
Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

| Form SPB-5 (3-30-45) | UNITED STATES SURPLUS PROPERTY BOARD | | Budget Bureau No. 16-R005.2 Approval expires May 1, 1946 | |
|---|---|---|---|---|
| | **DECLARATION OF SURPLUS REAL PROPERTY** (In the continental United States, its Territories and possessions) to the Surplus Property Board, Washington 25, D. C. | | 7. DATE 29 July 1946 | 8. REPORTING AGENCY No. WD - 837 |
| | IMPORTANT.—Instructions for completing this form appear on reverse. | | 9. SURPLUS PROPERTY BOARD No. W Calif 71 | 10. DISPOSAL AGENCY No. |
| 1. FROM: | WAR DEPARTMENT, ARMY SERVICE FORCES CORPS OF ENGINEERS WASHINGTON 25, D. C. | | | |
| 2. LOCATION OF PROPERTY (ATTACH MAP) | City of Santa Monica, County of Los Angeles, State of California. Approximately 2.0 miles East of the business center of the City of Santa Monica and 2.2 miles East of the Pacific Ocean. | | 11. APPROXIMATE AREA | |
| 3. REPRESENTATIVES TO CONTACT | Robert H. Fabian, Lt. Col., C. E., Divn. Real Estate Officer, S. Pac. Divn., 351 Calif. St., San Francisco, Calif. Telephone: Garfield 6900 (See Block 3 Schedule) | | 12. COST OF PROPERTY **ALL LEASED LAND** | |
| | | | ACQUISITION | $ None |
| 4. USE OF PROPERTY WHEN ACQUIRED | Approximately 85.87 acres as Municipal Airport, 83.0 acres as Municipal Golf Course, the balance mostly vacant lands. | | BETTERMENTS | $1,122,974.00 |
| | | | TOTAL | $1,122,974.00 |
| 5. OPINION OF BEST FUTURE USE | As Municipal Airport | | 13. PROCEEDS: IF "REIMBURSABLE", GIVE SYMBOL AND TITLE OF APPROPRIATION OR GOVERNMENT CORPORATION. | |

6. GENERAL DESCRIPTION OF PROPERTY

**CLOVER FIELD, SANTA MONICA MUNICIPAL AIRPORT, SANTA MONICA, CALIFORNIA**

Subject Facility is a Municipal Airport which expanded considerably from its original size during the Wartime occupancy of the Government. The Airport comprises a total of approximately 241.637 acres of land, of which approximately 226.4 acres are owned in Fee or being acquired by the City of Santa Monica.

Government Leases cover approximately 168.87 acres of City-owned Lands together with approximately 15.236 acres of Privately-owned Lands and Closed Streets within the boundary of the Airport. (The balance of approximately 57.531 acres of land, occupied by the Government, is not covered by Formal Agreement, but is included in this Report to present a complete description of the Facility.)

Field Elevation is 153 feet situated in the Southeasterly part of the City of Santa Monica and on the Westerly Limits of the City of Los Angeles. The Airport is bounded on the North by the Douglas Aircraft Company, Inc., Santa Monica Plant.

The Facility was used by the Air Technical Service Command and also by the AAF Training Command, the latter Agency constructed Housing Facilities South of the Airport on separately leased land not covered by this Report.

Right of Entry is being given the City of Santa Monica for use of the landing area and Airport Facilities pending issuance of Formal License.

A License is also being processed granting C.A.A. use of the Government-constructed School Building. These Agreements are being drawn in the U. S. Engineers, Los Angeles Real Estate Sub-Office, pursuant to Directives from Higher Authority.

7/31

For Detailed Information see Block 6 Schedules "A" to "G".

| DO NOT FILL IN FOWARDED BY SPB TO: | 14. AUTHORIZED BY Chief of Engineers |
|---|---|
| | EDWARD J. FANFLIK (Name of reporting official (please type)) |
| | Chief, Management & Disposal Division (Title (please type)) |
| WAR ASSETS ADMINISTRATION Date Initials | BY Edward J Fanflik (Signature of authorized official) |

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

Form SPB-5
(8-30-45)

UNITED STATES
SURPLUS PROPERTY BOARD

**CORRECTION**

Budget Bureau No. 16-R005.2
Approval expires May 1, 1946

## DECLARATION OF SURPLUS REAL PROPERTY
(In the continental United States, its Territories and possessions)
to the Surplus Property Board, Washington 25, D. C.

IMPORTANT.—Instructions for completing this form appear on reverse.

| | |
|---|---|
| 1. FROM: WAR DEPARTMENT<br>CORPS OF ENGINEERS<br>WASHINGTON 25, D. C. | 7. DATE: 14 Oct. 1946 |
| | 8. REPORTING AGENCY NO.: 837-A |
| | 9. SURPLUS PROPERTY BOARD NO.: W-Calif.71 |
| | 10. DISPOSAL AGENCY NO.: |

2. LOCATION OF PROPERTY (ATTACH MAP) City of Santa Monica, County of Los Angeles, State of California. Approximately 2.0 miles East of the business center of the City of Santa Monica and 2.2 miles East of the Pacific Ocean.

3. REPRESENTATIVES TO CONTACT Robert H. Fabian, Lt.Col., C.E., Divn. Real Estate Officer, S.Pac. Divn., 351 California St., San Francisco, Calif. Telephone: GArfield 6900 (See Block 3 Schedule)

4. USE OF PROPERTY WHEN ACQUIRED
Approximately 85.87 acres as Municipal Airport, 83.0 acres as Municipal Golf Course, the balance mostly vacant lands.

11. APPROXIMATE AREA

12. COST OF PROPERTY — ALL LEASED LAND

| | |
|---|---|
| ACQUISITION | $ None |
| BETTERMENTS | $1,122,974.00 |
| TOTAL | $1,122,974.00 |

13. PROCEEDS: IF "REIMBURSABLE" GIVE SYMBOL AND TITLE OF APPROPRIATION OR GOVERNMENT CORPORATION.

5. OPINION OF BEST FUTURE USE

As Municipal Airport.

6. GENERAL DESCRIPTION OF PROPERTY

<u>CLOVER FIELD, SANTA MONICA MUNICIPAL AIRPORT, SANTA MONICA, CALIFORNIA</u>

This Supplemental Report is submitted to incorporate into the Original Report Condemnation Case No. 4929-H covering <u>5.324 acres of Public Streets</u> - Tracts 126 and 132-A in Area DD.

Also to correct the total acreage of Area CC reported on <u>Map Block 6 Schedule "B"</u> as 2.371 acres to <u>2.731</u> acres.

Map labeled Block 6 Schedule "B" and one page of Tract Register labeled Block 6 Schedule "D" <u>Page 5</u>, are transmitted herewith to be substituted for similar Exhibits in the Original Report.

REAL PROPERTY DISPOSAL FILE

**CORRECTION**

| DO NOT FILL IN<br>FOWARDED BY SPB TO: | 14. AUTHORIZED BY Chief of Engineers: |
|---|---|
| | EDWARD J. FANFLIK   10/16 |
| | (Name of reporting official (please type))<br>Chief, Management and Disposal Division<br>Real Estate |
| Date    Initials | BY  Edward J. Fanflik<br>(Signature of authorized official) |
| | WAR ASSETS ADMIN |