# EXHIBIT E

EXHIBIT
ITEM 60



May 1946

| | | |
|---|---|---|
| Yucca AAF | 5/27/46 | Issued to City of Mohave, Arizona |
| Hackberry Aux. #3 | 5/27/46 | City of Mohave, Arizona |
| Mira Loma Flight Academy Main Field & Aux. A-2 | 5/28/46 | County of Los Angeles, Calif. |
| Chico Aux. #1 | 5/1/46 | County of Glenn, Calif. |
| → Santa Monica Mun. Apt. | 5/7/46 | City of Santa Monica, Calif. |
| Santa Rosa AAF | 5/20/46 | County of Sonoma, Calif. |
| 29 Palms Air Academy | 5/28/46 | County of San Bernadino, Calif |
| West Prospect NAAF | 5/10/46 | City of Ft. Lauderdale, Fla. |
| Kay Larkin NAS | 5/1/46 | City of Palatka, Florida |
| Vero Beach NAS | 5/8/46 | City of Vero Beach and County of Indian River, Fla. |
| Gainesville NAS | 5/7/46 | City of Gainesville, Georgia |
| Thomasville AAF | 5/8/46 | City of Thomasville, Ga. |
| Moultrie Mun. Apt. | 5/7/46 | City of Moultrie, Ga. |
| Olathe NAS | 5/13/46 | City of Gardner, Kansas |
| Selman AAF | 5/1/46 | City of Monroe, Louisiana |
| Houlton AAF | 5/23/46 | City of Houlton, Maine |
| Woodbine Mun. Apt. | 5/1/46 | Borough of Woodbine, N. J. |
| Wildwood NAS | 5/28/46 | County of Cape May, N.J. |
| Fort Sumner AAF | 5/8/46 | Village of Ft. Sumner, N.M. |
| Smallwood Airport | 5/29/46 | County of Moore, N.C. |
| Midwest Air School Plancor 1627 | 5/22/46 | City of El Reno, Okla. |
| Lakeview NAAF | 5/14/46 | City of Lakeview, Oregon |
| Charleston Mun. Apt. | 5/8/46 | City of Charleston, S.C. |
| Sumter Mun. Apt. | 5/7/46 | City of Sumter, S.C. |
| Marfa AAF Aux. #4 | 5/8/46 | County of Presidio, Tex. |
| Palacios AAF | 5/24/46 | City of Palacios, Tex. |
| Pecos AAF | 5/2/46 | City of Pecos, Texas |
| Stinson Field | 5/8/46 | City of San Antonio, Tex. |
| Temple AAF | 5/21/46 | City of Temple, Texas |
| Terrell Aviation School | 5/23/46 | City of Terrell, Texas |
| Olympian AAF | 5/8/46 | City of Olympia, Washington |
| Moon Island NAS | 5/8/46 | County of Grays Harbor, Wash. |
| Pearson Field (Vancouver Brks) | 5/16/46 | City of Vancouver, Wash. |
| Hammer AAF | 5/2/46 | City of Fresno, Calif. |

June 1946

| | | |
|---|---|---|
| Pocahontas Aux. Field | 6/21/46 | City of Pocahontas, Ark. |
| Chica AAF | 6/10/46 | City of Chicago, Calif. |
| Redding AAF | 6/14/46 | County of Shasta and City of Redding, California |
| Lemoore Aux. #3 (Indian) | 6/19/46 | Carberry Crop Dusters, Calif. |
| Kingsbury Aux. #1(Stockton) | 6/5/46 | City of Lodi, Calif. |
| Tracy Aux. #5 | 6/27/46 | City of Tracy, California |

STATUS OF SURPLUS AIRPORTS

CALIFORNIA

| Airport and Location | Final Airport Disposal Report To War Assets Adm | Surplus Airport Disposal Committee Action | Awaiting CAA Field Report |
|---|---|---|---|
| Ryan Aero Corp at Lindburgh Fld San Diego | 3-21-46 | | |
| Mills Fld San Francisco | | | To Field (10-9-46) |
| Half Moon Bay Flight Strip San Mateo | | | To Field (9-12-46) |
| MCAF Santa Barbara | 10-18-46 | | |
| X Clover Fld Santa Monica | 10-14-46 | | |
| Santa Rosa AAF Santa Rosa | 10-14-46 | | |
| Shavers Summit Aux to Thermal AAF Thermal | 4-22-46 | 7-25-46 | |
| Stockton AAF Aux 1 Stockton | 10-14-46 | | |
| Gardner AAF Taft | 9-10-46 | | |
| Thermal AAF Thermal | 9-11-46 | | |
| Stockton AAF Aux 5 Tracy | 9-10-46 | | |
| Stockton AAF Aux 3 Tracy | 10-17-46 | | |
| Rankin Aero Academy, Pl 437 Tulare | 4-25-46 | 5-23-46 | |

DEPARTMENT OF COMMERCE
CIVIL AERONAUTICS ADMINISTRATION
WASHINGTON

F-2 (S.A.)

January 8, 1946

MEMORANDUM

TO: All Regional Administrators
All Superintendents of Airports
All District Airport Engineers

FROM: Assistant Administrator for Airports

SUBJECT: Permits to Operate Surplus Airport Properties Pending Disposition.

As was indicated in F-1 (S.A.) dated December 19, 1945, the SPA will request special reports on specific airport properties in order to expedite the airport disposal program.

Section 8316.16 of the SPA Regulation 16 provides that permits or licenses to operate an airport pending its disposition as surplus property may be granted by the owning agency subject to the approval of the Surplus Property Administration.

Whenever a request for issuance or approval of such a permit is received by SPA, that agency will request the views of the CAA as to whether such action is desirable in the interests of Civil Aeronautics and what portion of the airport property and which of its facilities and equipment should be covered by the permit. It is anticipated that many such requests will be received from the SPA.

Upon receipt of such a request, the Airport Liaison and Requirements Service will request the appropriate Regional Office to submit a special report containing the views and recommendations of the Regional Office together with certain information needed as a basis for the recommendations to be made to the SPA.

In each such case, the information contained in the special permit report should include the following:

1. Description of the portions of the landing area owned or controlled by the Government, which are necessary for the operation of the airport as a civil facility, indicating the needed runways, taxiways, usable field areas, and parking areas, or portions thereof.