# EXHIBIT F




Case 2:13-cv-08046-JFW-VBK  Document 18-6  Filed 01/10/14  Page 2 of 2  Page ID #:301

# HEADQUARTERS
## 556TH AAF BASE UNIT (6TH FERRYING GROUP)
CONTINENTAL ~~FERRYING~~ DIVISION - AIR TRANSPORT COMMAND
### LONG BEACH ARMY AIR FIELD
### LONG BEACH 8, CALIFORNIA

CO/KCM/br

IN REPLY REFER TO:

**EXHIBIT ITEM 80**

26 April 1946

War Assets Corporation
Airport Division
811 Vermont Avenue
Washington, D. C.

Attention: Mr. Arthur Manley

Dear Mr. Manley:

The City of Santa Monica, California, has asked my assistance in the return of Clover Field to the City. I have made a preliminary investigation and have found that last January the field was declared surplus to War Department needs. It is further apparent that the War Assets Corporation gave the District Engineer at San Francisco authority to issue an interim certificate, so that the City could use this field. I now find that the District Engineer, San Francisco, apparently has no such authority in his file nor has he issued an interim certificate.

The District Engineer at San Francisco has informed me that he can do nothing about this matter. He further states that he understood the Western Procurement District of the Air Materiel Command had interposed some objection toward the return of Clover Field to Santa Monica. I have been in contact with Colonel E. T. Kennedy, Commanding Officer of the Western Procurement District Air Materiel Command, and he states that he does not need the field and does not want the field. I further have been in contact with the Douglas Aircraft Factory and the Air Materiel officers on duty with the Douglas Aircraft Factory. They do not interpose any objection and are anxious to see the field returned to the City of Santa Monica.

It is requested that your office, at an early date, direct the District Engineer to issue an interim certificate, so that the City will not fall behind all other cities in its proposed commercial development of Clover Field. Further request that I be notified of any action which you take in this matter.

Sincerely,

K. C. McGregor

K. C. McGREGOR
Colonel, Air Corps
Commanding

APR 30