**EXHIBIT G**

Case 2:13-cv-08046-JFW-VBK Document 18-7 Filed 01/10/14 Page 2 of 4 Page ID #:303
Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

# CITY OF SANTA MONICA

D. C. FREEMAN
COMMISSIONER OF FINANCE

TREASURER
CITY CLERK
LICENSE COLLECTOR
POLICE COURT
MUNICIPAL BUS LINES

September 19, 1946

Mr. Arthur W. Manley, Chief
Airports Division
War Assets Administration
Railroad Retirement Building
Washington 25, D. C.

SUBJECT: Application for disposal to the City of Santa Monica of Government owned airport facilities located on the Santa Monica Municipal Airport, Santa Monica, California.

Dear Mr. Manley:

1. The Santa Monica Municipal Airport, commonly known as Clover Field, has been under lease to the War Department since Pearl Harbor. During this time the War Department, Corps of Engineers, have made improvements and additions to the existing City airport facilities consisting primarily of the construction of a concrete runway, taxiway, two hangars, class room building, control tower, fencing, service road, and utilities. At present there is no military use or other use made of the airport by the War Department.

2. It is understood that the War Department, which is the owning agency of the above described airport facilities, has prepared a Form SPB-5 which was certified to the War Assets Administration on July 29, 1946.

3. The office of the Chief of Engineers, U.S. Army, through the Los Angeles sub-office, Real Estate Division, Los Angeles, has issued a right of entry granting temporary use of hangars designated as buildings T-200 and T-201 on February 7, 1946 and a supplemental right of entry effective July 15, 1946 permitting the City to use all taxiways, runways, parking areas, government owned utility systems such as water, power and telephone lines, as well as the control tower, building T-13, an unnumbered City owned building and an unnumbered latrine. Pursuant to the reference right of entries, the City of Santa Monica opened the Municipal Airport to the general use of the public on August 1, 1946.

4. Upon opening of the airport to the public the City assumed an additional annual expense for the operation and maintenance of the airport of approximately $35,000. The principal sources of revenue to offset these additional expenses are the sale of gasoline, leasing of City owned airport land to airport operators who desire to construct their own airport buildings, percentage of gross business from airport operators, and rental of space for tie down of aircraft.

Case 2:13-cv-08046-JFW-VBK  Document 18-7  Filed 01/10/14  Page 3 of 4   Page ID #:304
Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

5. The City is handicapped in the operation and development of the airport because it cannot lease City owned airport land already under lease to the War Department and of course the War Department can not terminate the leases with the City until disposal of the government owned airport property located thereon. It will be necessary for the City to construct additional airport facilities consisting of taxiways, service roads, installation of utilities, and major grading operations before sites are available for lease to airport operators for construction of hangars. The City has prepared a detailed master plan of these additional airport facilities estimated to cost approximately $663,200. The work cannot proceed, however, until termination of the leases now held by the War Department.

6. It is therefore desired that the airport facilities constructed by the War Department on the Santa Monica Municipal Airport land which land is owned in fee by the City be classified by the Administrator for disposal as an airport or as airport facilities, subject to such conditions as the Administrator may desire to impose under the provisions of Surplus Property Administration Regulation 16 and amendments thereto. It is believed that this action is fully justified because of the fact that the surplus airport property is used and is necessary for and in connection with the operation and maintenance of the Santa Monica Municipal Airport which is now being operated on a revokable right of entry.

7. For the above reasons and pursuant to the provisions of Surplus Property Administration Regulation 16 and amendments thereto and subject to the conditions that may be imposed thereunder, the City of Santa Monica hereby requests that it be given an opportunity to acquire, without reimbursement, all government owned airport facilities located upon land owned by the City of Santa Monica for the purpose of encouraging and fostering the development of civil aviation.

8. It is further requested that upon disposal of all government owned property, both aviation facilities and non-aviation facilities, that leases number W-04-193-Eng-4894 and 3460-Eng.-549 be terminated.

9. The City proposed to negotiate for the purchase of approximately 55 acres of additional land for airport expansion southeasterly of the present airport property owned in fee by the City. This expansion is a part of the development approved in the detailed master plan. It is understood that a copy of the reference master plan is an enclosure to the SPB-5 prepared by the War Department. It is desired to request that termination of the following leases, location of which are shown on SPB-5, Drawing No. 254-4M be held in obeyance until the City has an opportunity to either negotiate for the purchase or the condemnation of the reference 55 acres:

| Lease | Extent |
|---|---|
| W-868-Eng-2354 | Portion |
| W-868-Eng-4332 | All |
| W-04-193-Eng-5553 | All |
| W-04-193-Eng-5562 | All |
| W-868-Eng-4828 | Portion |
| W-04-193-Eng-5561 | All |
| W-04-193-Eng-5554 | All |
| W-868-Eng-4332 | All |
| W-04-193-Eng-5552 | All |

-2-
Exh. G
54

Case 2:13-cv-08046-JFW-VBK Document 10-7 Filed 01/30/14 Page 14 of 14   Page ID #:305
Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

```
W-868-Eng-4815 (road only)        All
Permit L.A. 408 (vacated street)  All
W-3460-Eng-928                    All (sewer line R/W)
C.E. Form No. 37 - 25 Sept. 1942  All    "     "    "
C.E. Form No. 37 - Oct. 1942      All    "     "    "
```

10. The City has no particular interest in the acquisition of the non-aviation facilities such as the T.O. buildings designated by numbers T-4 to T-13 on Drawing No. 254-4M. However, the City will accept transfer of these buildings, without reimbursement, if such action would expedite the disposal and if permissible under government disposal directives.

Very truly yours,

CITY COUNCIL OF THE CITY OF SANTA MONICA

By _____
Commissioner of Finance, ex-officio
City Clerk of the City of Santa Monica


cc: Regional Director, 6th Region
    Civil Aeronautics Administration

    Deputy Regional Director
    Office of Real Property Disposal
    War Assets Administration
    215 W. 5th Street
    Los Angeles 13, California