**EXHIBIT H**

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

In reply refer to:
Clover Field,
Santa Monica, California
(W-CALIF-71)

DATE: January 9, 1947

TO:     Deputy Regional Director
        Office of Real Property Disposal, RLA-D
        Los Angeles, California

FROM:   Deputy Administrator
        Office of Real Property Disposal, D

SUBJECT: Clover Field, Santa Monica, California.

Attached hereto are one copy of Classification Memorandum (Form WAA-1219), dated December 20, 1946, covering 184.106 acres of leased land, comprising the whole of surplus land at Clover Field, Santa Monica, California, and one copy of a report, dated October 14, 1946, made by the Civil Aeronautics Administration, covering said airfield. Attention is invited to Declaration of Surplus (SPB-5), dated July 29, 1946 (Reporting Agency D-637), and Correction SPB-5, dated October 14, 1946 (Reporting Agency D-637-A), copies of which have been previously forwarded to you. The Government's interest only in the 184.106 acres of leased land and certain Government-constructed betterments have been classified as Airport property (II) and are hereby assigned to your office for disposition in accordance with WAA Regulation 16, as amended.

It is requested that consideration be given to the possible transfer to the City of Santa Monica, California, without a cash payment, of the Government's interest in the 184.106 acres of leased land, including the sewer line easements, plus certain hereinafter Government-constructed betterments, subject to all reservations, restrictions, and conditions as set forth in Sections 8316.10, 8316.15(a), and 8316.21 of WAA Regulation 16, as amended.

It is to be noted that 15.236 acres of the 184.106 acres under lease to the Government are privately owned and are located inside the boundary fence of the airport. It will be necessary for the City to purchase this land if it intends to continue use of the land for airport purposes.

It is contemplated that the following improvements on the land to be conveyed will be transferred with the land, all of which are necessary for the continued operation of the airport:

A. **Landing Facilities:** Runways, taxiways, aprons, field marking, lighting, and drainage systems.

JAN 10 1946

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

Deputy Regional Director, Los Angeles, California                January 9, 1947

  B. **Buildings:** Control tower and generator house, buildings numbered T-201, 200, 300, 13, 8, and 6. It will be noted that building T-6 may be cannibalized to furnish material for repair for other airport buildings.

  C. **Utilities and Facilities:** Fencing, Sewage, Water, and Electrical distribution systems, Telephone, Telegraph, and Teletype systems, Control Tower system, Heating facilities, *for* airport buildings.

  It is anticipated that the City of Santa Monica will be required to waive any claim it has or may have against the United States under the lease if it accepts title to the improvements and facilities.

  The United States will **reserve the right, title, and interest in** and to all property of whatever nature, owned by the Government on the premises, other than that authorized for conveyance to the transferee, together with the right of removal thereof from the premises within a reasonable period of **time.**

  The Civil Aeronautics Administration **report recommends certain operating and maintenance equipment to be transferred to the grantee as Airport property. Your office is requested to ascertain at the earliest possible date and advise this office what operating and maintenance equipment is available on the airport and what equipment, in your opinion, is necessary for the continued operation and maintenance of the airport. If your office has not received a Form SB-1, covering personal property, it is suggested that the owning agency be contacted and urged to supply you with such form.**

  **Your office will prepare the Notice of Availability of the Airport property which should be published in a newspaper of general circulation in the vicinity of the Airport property to be conveyed. (Follow procedure outlined in Daily Bulletin No. 98, Section VI.) If the City of Santa Monica, California, will express its desire in writing to acquire the Airport property for immediate use, the time for exercising priorities may be limited to not less than ten days. (See Section 8316.15(b) of WAA Regulation 16, as amended.) Four copies of such Notice of Availability, as published, should be forwarded to the Airports Branch, Legal Division, ORPD, in Washington (Code Designation PLE-A). (See Daily Bulletin No. 106, Section II.) Your office will also give similar notifications simultaneously to Government agencies listed on Exhibit "A" of WAA Regulation 16, as amended, and to the Reconstruction Finance Corporation.**

  Immediately after final publication, two Affidavits of Publication, executed by an authorized official of each newspaper in which the publication appears, should be obtained by your office and forwarded to the Airports Branch, Legal Division, in Washington. Upon expiration of the priority period, it is requested that you prepare, in duplicate, a certificate stating the number of proposals, if any, received in response to publication of the Notice of Availability and forward the same to this office, Attention: Airports Division, each copy being accompanied by a certified copy of each proposal received.

- 2 -

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

Deputy Regional Director, Los Angeles, California             January 9, 1947

    Your legal staff should investigate the authority of the proposed transferee to accept title to the Airport property and to covenant to operate and maintain the same as an airport, and advise the Airports Branch of the Legal Division, War Assets Administration in Washington of its findings. The results of this investigation should be supported by citations of authority.

    If further data or information is necessary, it will be supplied by this office.

(S)

C. F. ROBINSON
Deputy Administrator
Office of Real Property Disposal

Attachments:

1. Class. Memo.
2. CAA Report

cc: Deputy Administrator, PD
    Mr. C. C. Fletcher, Z6-PD
    W. F. McKenna, PLE-A

- 3 -