# EXHIBIT I

Reproduced from the holdings of the National Archives and Records Administration
Case 2:13-cv-08046-JFW-VBK Document 19-9 Filed 01/10/14 Page 2 of 4 Page ID #:311

CLOVER FIELD, SANTA MONICA MUNICIPAL AIRPORT

COUNTY OF LOS ANGELES, CALIFORNIA

(W-CAL-71)

Notice of availability, two (2) duplicate copies of which are enclosed, was published on the 16th day of August, 1947, in the following newspaper:

Los Angeles Herald Express

Los Angeles, California

Notice of the proposed disposal was given by letter, two (2) duplicate copies of which are enclosed, dated the 16th day of August, 1947, and mailed to the following addresses:

Department of State           Governor's Office, Sacramento
Department of Treasury        Los Angeles County, Los Angeles, Cal.
Department of War             Mayor's Office, Los Angeles, Cal.
Department of Justice         Mayor's Office, Santa Monica, Cal.
Post Office Department
Department of Navy
Department of Interior
Department of Agriculture
Department of Commerce
Reconstruction Finance Corporation
Department of Labor
Federal Communication Commission
Federal Power Commission
U.S. Maritime Commission
National Housing Agency, Washington
Tennessee Valley Authority       "
Veterans Administration          "
Office of Scientific Research and Development
Federal Works Agency
Small Business Div. R.F.C. Los Angeles, Calif.
Chief of Engineers, Washington
Commanding Officer, 11th Naval District, San Diego, Calif.
Dept. of Agriculture

Within the priority period which terminated on the 28th day of August, 1947, acceptable applications were received only from the following applicants:

City of Santa Monica
Santa Monica, California

Chief, Non-Industrial

Exh. I
p.59

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

AUG 1947

Dear Sir:

Pursuant to the requirements of the Surplus Property Act of 1944, and Regulation 5 issued thereunder, there is enclosed a copy of the published notice of availability concerning the properties more commonly known as

Clover Field, Santa Monica Municipal Airport (11)
(W-Calif-71)
Santa Monica, Los Angeles County, California

This notice of availability appears as an advertisement in the <u>Los Angeles Herald Express</u>   <u>Los Angeles, Calif.</u>
Name and date of newspaper(s)           Place
on <u>August 18, 1947</u>.
(Date(s))

in the event you are interested in the exercise of your priority right thereto, immediate attention is requested to the terms of the notice of availability enclosed herein.

Respectfully yours,

*Robert P. Alford*
ROBERT P. ALFORD
Deputy Regional Director,
Office of Real Property Disposal

Exh. I
60

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

# GOVERNMENT AIRPORT FOR DISPOSAL

## CLOVER FIELD

### SANTA MONICA MUNICIPAL AIRPORT

**Approximately 2 Miles East of Business Center of Santa Monica, Los Angeles County, California**

Terms and conditions of disposal and all necessary information about this property, will be furnished upon request at the Regional Office named below.

Acquisition of this property is subject to these priorities, in this order:

(1) **Federal Agencies**

(2) **Reconstruction Finance Corporation (for resale to small business)**

(3) **State and Local Governments**

These priorities expire ten (10) days after the first publication of this notice.

The disposal of this Airport Property is subject to the reservation to the United States of certain mineral rights.

To receive consideration, proposals from both priority holders and the general public must be submitted on special Forms obtainable at the named Regional Office, and must arrive at that Office within ten (10) days from the publication of this notice, or not later than August 28, 1947.

**WAR ASSETS ADMINISTRATION**
**Office of Real Property Disposal**
155 West Washington Boulevard
Los Angeles 15, California

LA-500

(W-CAL-71)

Subject to paper and space restrictions this 1 col x 6" advertisement designated as LA-500 is scheduled to appear August 18 in the L. A. Herald Express