**EXHIBIT J**

Case 2:13-cv-08046-JFW-VBK Document 18-10 Filed 01/10/14 Page 2 of 3 Page ID #:315

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

# WAR ASSETS ADMINISTRATION
### 155 WEST WASHINGTON BLVD.
### LOS ANGELES 15, CALIFORNIA
### RICHMOND 2311

In reply refer to:
DIA - PLE

April 9, 1948

To:      Associate General Counsel
        For Real Property Disposal
        Washington, D. C.

Thru:    Regional Counsel
        For Real Property Disposal
        San Francisco, California

From:    Clarence W. Hull
        Assistant District Counsel

Subject: Clover Field, Santa Monica Municipal Airport
           W-Cal-71 - Transfer to the City of Santa Monica,
           California

       Enclosed herewith for approval are two copies of the instrument of transfer proposed to be used to convey the Federal Governments' interest in the surplus property known as Santa Monica Municipal Airport, located in the City of Santa Monica, California, which has been classified for disposal as airport property.

       Schedule "A", containing the list of personalty to be transferred is not forwarded herewith because a firm list of personalty has not yet been received in this office. However, delivery of the final instrument of transfer to the transferee will not be made until a firm list has been received and appended to the instrument as Schedule "A".

       I hereby certify that all steps required to be taken under the Surplus Property Act of 1944, as amended, and applicable regulations and orders prior to the disposal of the property to be conveyed by the enclosed document, have been taken, with the exception of such action as is to be taken simultaneously with delivery of the instruments to the transferee. In particular, those steps already taken are listed in the attached certification signed by the Chief of the Non-Industrial Division of the Los Angeles Office.

       You will note that all of the sewer easements as listed on the tract register are not included in the instrument

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

Assistant General Counsel
re: Clover Field     4/9/48

of transfer. Tract #6, a 90 day permit to the government to enter and carry out survey, improvement, and construction work in connection with the then proposed sewer line, granted by L. E. Guthrie under date of September 25, 1942, has expired. Tracts #7 and #8, also 90 day permits, have expired, but are covered by the basic airport lease, W-3460-Eng-549.

Acquisition of 15.236 acres of privately owned land under lease to the government as part of the airport, was made a condition of acceptance of the airport application. However, the City of Santa Monica has recently stated that such acquisition is financially impossible. As a result, the Acting Superintendent of Airports, Regional Office, CAA, by letter dated 12/17/47 to our Regional Office recommended that this condition be abrogated. The then Deputy Regional Director, Office of Real Property Disposal, approved the deletion of this condition from the application and the leases covering this acreage have been terminated.

When the required approval has been obtained will you kindly return the enclosed document to this office together with any modifications or amendments thereto.

Attach:
    2 copies instrument of transfer
    2 copies certification