**EXHIBIT L**

# Major Instruments and Agreements on Santa Monica Airport Land

