**EXHIBIT M**

R E L E A S E

*Letter of 5/27/52*
*from 6-510 to w-110*

*SKETCH*
*SPONSOR*
*LTR 1-25-52*

*RELEASE*

WHEREAS, the UNITED STATES OF AMERICA, acting by and through the War Assets Administration, by instrument entitled "Instrument of Transfer" dated August 10, 1948, did remise, release, and forever quitclaim to the CITY OF SANTA MONICA, State of California, all right, title, and claim of the United States in and to certain property situated at the Santa Monica Municipal Airport, subject to certain conditions, reservations, and restrictions; and

WHEREAS, the CITY OF SANTA MONICA has advised the UNITED STATES OF AMERICA, through the Administrator of Civil Aeronautics, that a portion of said property known as Lot "A" of the George Tract is situated within the incorporated limits of the City of Los Angeles and cannot be used for airport expansion due to zoning regulations of said City; and

WHEREAS, the Administrator of Civil Aeronautics, under and pursuant to the powers and authority contained in Public Law 311 - 81st Congress, is authorized to grant releases from any of the terms, conditions, reservations, and restrictions contained in instruments of transfer issued under the provisions of the Surplus Property Act of 1944, as amended; and

WHEREAS, the Administrator of Civil Aeronautics has determined that the release of said conditions, restrictions, and reservations as they affect said Lot "A" of the George Tract will not prevent the accomplishment of the purpose for which the property was transferred; will not materially or adversely affect the development, improvement, maintenance, or operation of the Santa Monica Municipal Airport, and will permit the CITY OF SANTA MONICA to obtain additional funds for airport improvements, thereby advancing the interests of the United States in civil aviation;

NOW, THEREFORE, in consideration of the benefits to accrue to the Santa Monica Municipal Airport and civil aviation generally, the UNITED STATES OF AMERICA, acting by and through the Administrator of Civil Aeronautics, under and pursuant to the authority contained in Public Law 311 - 81st Congress, and applicable rules, regulations, and orders, hereby releases*the following described real property from the conditions, reservations, and restrictions contained in said "Instrument of Transfer" dated August 10, 1948:

*\* FOR SALE*

> Lot "A" of the George Tract, as per map recorded in Book 16, Page 21 of the Map, Records of Los Angeles County, California.

*10.63 ACRES*

subject to the following condition:

> That the CITY OF SANTA MONICA, its successor or assigns, shall not use the property for any purpose or erect any structure which would interfere with the operation of the Santa Monica Municipal Airport or be a hazard to said airport in accordance with the standards established by the Civil Aeronautics Administration Technical Standard Order N-18 dated April 26, 1950.

IN WITNESS WHEREOF, the UNITED STATES OF AMERICA has caused this instrument to be executed as of the ___25th___ day of ___April___, 19_52_.

UNITED STATES OF AMERICA
The Administrator of Civil Aeronautics

/s/ James E. Read
Acting By _____
Regional Administrator, Region VI

**EXHIBIT 90**

STATE OF CALIFORNIA )
                         ) ss.
COUNTY OF LOS ANGELES )

On this 25th day of April, 1952, before me Sarah Scally, a Notary Public in and for the County of Los Angeles, State of California, personally appeared /s/ James E. Read, known to me to be the /Acting Regional Administrator, Region VI, Civil Aeronautics Administration, and known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same on behalf of the Administrator of Civil Aeronautics and the United States of America.

WITNESS my hand and official seal.

/s/ Sarah Scally
Notary Public in and for the
County of Los Angeles, State
of California.

My Commission Expires:

April 24, 19 53.

2

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

On this 25th day of April, 1952, before me Sarah Scally, a Notary Public in and for the County of Los Angeles, State of California, personally appeared James E. Read, known to me to be the Acting Regional Administrator, Region VI, Civil Aeronautics Administration, and known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same on behalf of the Administrator of Civil Aeronautics and the United States of America.

WITNESS my hand and official seal.

/s/ Sarah Scally
Notary Public in and for the
County of Los Angeles, State
of California.

My Commission Expires:

April 24, 19 53.

STATE OF CALIFORNIA   )
                      ) ss.
County of Los Angeles )

On this 16th day of May, 1952, before me Kenneth O. Grubb, a Notary Public in and for the County of Los Angeles, State of California, personally appeared RANDALL M. DORTON, known to me to be the City Manager, City of Santa Monica, California, and known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same on behalf of the City of Santa Monica, California, and acknowledged to me that said City of Santa Monica executed the same.

WITNESS my hand and official seal.

/s/ Kenneth O. Grubb
Notary Public in and for the
County of Los Angeles,
State of California

My Commission Expires:

August 11, 1953.

## AGREEMENT

*Letter of 5/27/52*
*from b-510 to w-110*

THIS AGREEMENT, made and entered into by and between the UNITED STATES OF AMERICA, party of the first part, acting by and through the Administrator of Civil Aeronautics, under and pursuant to the powers and authority contained in Public Law 311 - 81st Congress, and the CITY OF SANTA MONICA, a municipal corporation of the State of California, party of the second part:

## WITNESSETH

THAT, WHEREAS, the UNITED STATES OF AMERICA, acting by and through the War Assets Administration, by instrument entitled "Instrument of Transfer" dated August 10, 1948, did remise, release, and forever quitclaim to the CITY OF SANTA MONICA, State of California, all right, title, and claim of the United States in and to certain property situated at the Santa Monica Municipal Airport subject to certain conditions, reservations, and restrictions; and

WHEREAS, the party of the first part at the request of the party of the second part did, by instrument entitled "Release" dated April 25, 1952, release certain land at the Santa Monica Municipal Airport known as Lot "A" of George Tract from the above mentioned conditions, reservations, and restrictions in order that the land might be sold and used for other than airport purposes.

NOW, THEREFORE, in consideration of the release of said conditions, reservations, and restrictions by the party of the first part, the party of the second part hereby agrees to use any monies received from the sale of said land exclusively for the development, improvement, maintenance or operation of the Santa Monica Municipal Airport.

IN WITNESS WHEREOF, the party of the first part has caused these presents to be executed as of the 25th day of April, 19 52.

UNITED STATES OF AMERICA
The Administrator of Civil Aeronautics

By  /s/ James E. Read
Acting  Regional Administrator, Region VI

IN WITNESS WHEREOF, the party of the second part has caused these presents to be executed as of the 16th day of May, 19 52.

ATTEST:                              THE CITY OF SANTA MONICA, CALIFORNIA

/s/ K. O. Grubb                       By  /s/ R. M. Dorton
CITY CLERK                                 ~~Mayor~~ City Manager

## AMENDED RELEASE

*memo of 9/16/52 from L-535*

RELEASE (Amended)

WHEREAS, the UNITED STATES OF AMERICA, acting by and through the Administrator of Civil Aeronautics, under and pursuant to the authority contained in Public Law 311-81st Congress, and applicable rules, regulations, and orders did by an instrument, entitled "Release" and dated April 25, 1952, release from those conditions, reservations, and restrictions contained in that certain "Instrument of Transfer" dated August 10, 1948, the following described real property:

> Lot "A" of the George Tract, as per map recorded in Book 16, Page 21 of the Map, Records of Los Angeles County, California.

WHEREAS, said instrument of "Release" is subject to the following condition:

> That the CITY OF SANTA MONICA, its successor or assigns, shall not use the property for any purpose or erect any structure which would interfere with the operation of the Santa Monica Municipal Airport or be a hazard to said airport in accordance with the standards established by the Civil Aeronautics Administration Technical Standard Order N-18 dated April 26, 1950.

and;

WHEREAS, the CITY OF SANTA MONICA has by Resolution No. 989, adopted and approved by the City Council of said City on August 26, 1952, requested the Civil Aeronautics Administration to modify that condition hereinabove quoted; and

WHEREAS, the Administrator of Civil Aeronautics has determined that a modification as hereinbelow described will be in the best interests of the United States;

NOW, THEREFORE, in consideration of the benefits to accrue to the Santa Monica Municipal Airport and civil aviation generally, the UNITED STATES OF AMERICA, acting by and through the Administrator of Civil Aeronautics, under and pursuant to the authority contained in Public Law 311 - 81st Congress, and applicable rules, regulations, and orders, hereby amends that certain instrument entitled "Release" dated April 25, 1952, by deleting therefrom that condition hereinabove identified and quoted at length in the second paragraph of this instrument, and substituting in lieu thereof the following:

> That the CITY OF SANTA MONICA, its successors and assigns, shall not (1) erect any structure on the property or any addition thereto in excess of 150 feet in height; (2) install any flood or other electrical lighting on the outside of any building, or upon said property, in such a manner as in the opinion of the Civil Aeronautics Administration would interfere with the operation of the Santa Monica Municipal Airport; (3) discharge into the atmosphere any air contaminant, dust or fumes, in violation of the provisions of Rules 50, 52, 53 and 54 of Rules and Regulations of the Air Pollution Control District of the County of Los Angeles as such rules were amended on August 21, 1951; (4) operate any electronic or electrical equipment in such a manner as in the opinion of the Civil Aeronautics Administration would substantially interfere with air-ground communications or any other communication aid required for the operation of the Santa Monica Municipal Airport.

IN WITNESS WHEREOF, the UNITED STATES OF AMERICA has caused this instrument to be executed as of the __15th__ day of __September__, 19__52__.

UNITED STATES OF AMERICA
The Administrator of Civil Aeronautics

By ____J. S. MARRIOTT____
Regional Administrator, Region VI

Exh. M
112

STATE OF CALIFORNIA )
                           ) ss
COUNTY OF LOS ANGELES)

    On this 15th day of Sept., 1952, before me Sarah Scally, a Notary Public in and for the County of Los Angeles, State of California, personally appeared _____, known to me to be the Regional Administrator, Region VI, Civil Aeronautics Administration, and known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same on behalf of the Administrator of Civil Aeronautics and the United States of America.

    WITNESS my hand and official seal.

                                      Sarah Scally
                                      Notary Public in and for the
                                      County of Los Angeles, State
                                      of California.

                                      My Commission Expires:

                                        April 24, 19 53.

CONFORMED COPY

INSTR. OF RELEASE

## INSTRUMENT OF RELEASE

WHEREAS, by virtue of the written Instruments hereafter identified, the City of Santa Monica, California has incurred an obligation to the United States to operate and maintain, for the use and benefit of the public, the Santa Monica Municipal Airport (sometimes known as Clover Field) with all of the facilities thereon, including runways, for the life of said facilities; and

WHEREAS, the written Instruments referred to above are as follows:

A. Resolution No. 3536 entitled "Resolution Constituting Agreement with the United States Relative to Operation and Maintenance of the Santa Monica Municipal Airport" adopted by the City of Santa Monica on December 27, 1944, which resolution is sometimes known as an AP-4 Agreement;

B. Grant Agreement executed by the City of Santa Monica, California, on May 11, 1948, and executed by the United States through the Administrator of Civil Aeronautics;

C. Instrument of Transfer, executed by the United States through the War Assets Administration on August 10, 1948, under which the City of Santa Monica acquired certain airport properties from the United States; and

WHEREAS, said City of Santa Monica, California has requested permission in the interest of safety to abandon Runway No. 1 (also known as Runway 4-22) as shown on the attached map of said airport, which map is hereby made a part hereof; and

WHEREAS, the Administrator of Civil Aeronautics has the power and authority to grant said request and has determined that in the interest of safety and in the interest of the United States, said Runway should be abandoned;

NOW, THEREFORE, the United States, acting by and through the Administrator of Civil Aeronautics, does hereby grant permission to the City of Santa Monica, California to abandon said Runway No. 1 and hereby releases said City from its obligation to maintain and operate said Runway for the use and benefit of the public as required in the Instruments referred to above.

CONFORMED COPY

Exh. M
114

CONFORMED COPY

This Release is executed for the sole purpose of releasing Runway No. 1 only from the terms, covenants, conditions, reservations, and restrictions set forth in the Instruments referred to above insofar as they apply to the maintenance and operation of said Runway, and this Release shall not be construed as a relinquishment, modification or waiver of any other provisions in said Instruments.

IN WITNESS WHEREOF, the United States of America has caused this Instrument to be executed as of the ___5th___ day of ___March___, 19_56_.

UNITED STATES OF AMERICA
The Administrator of Civil Aeronautics

By: ___W. P. Plett___
Regional Administrator, Region IV

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

On this _5th_ day of _March_, 19_56_, before me, _Sarah Scally_ a Notary Public in and for the County of Los Angeles, State of California, personally appeared _W. P. Plett_ known to me to be the Regional Administrator, Region IV Civil Aeronautics Administration, and known to me to be the person whose name is subscribed to the within Instrument and acknowledged that he executed the same on behalf of the Administrator of Civil Aeronautics and the United States of America.

WITNESS my hand and official seal.

___Sarah Scally___
Notary Public in and for the County of
Los Angeles, State of California

My Commission Expires: ___April 24,___
_____, 19_57_

CONFORMED COPY

Exh. M
115