**EXHIBIT N**

STUART F. DELERY
Assistant Attorney General
Civil Division
ANDRE BIROTTE JR.
United States Attorney
JUDRY SUBAR
Assistant Director
Federal Programs Branch
RAPHAEL O. GOMEZ
(D.C. Bar #305540)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-1318
Facsimile:  (202) 616-8460
raphael.gomez@usdoj.gov

Attorneys for Defendants
United States of America et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA MONICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | No. 13-08046 JFW (VBKx)<br><br>**DECLARATION OF SHARON LONG IN SUPPORT OF DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS**<br><br>Honorable John F. Walter |

## DECLARATION OF SHARON LONG

I, Sharon Long, do hereby state and declare as follows:

1. I am a paralegal at the Federal Aviation Administration, where I have worked since 1996.

2. The information provided in this declaration was obtained in the course of my official duties.

3. I hereby certify that the documents listed in the attached Index, which are submitted in support of Defendant's Motion to Dismiss, are true and correct copies of official documents from the Federal Aviation Administration. These documents were maintained and kept in the course of the agency's regularly conducted official activities.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, pursuant to 28 U.S.C. § 1746.

Executed on January 09, 2014, at Washington, DC.

_____
Sharon Long

January 9, 2013

## List of Exhibits for Motion to Dismiss

1. Exh A, Surplus Property Act, Regulation 16, amended June 26, 1946, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 16.

2. Exh B, Memorandum from City Attorney to the City Council, January 23, 1962, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 13.

3. Exh C, 1975 Cal AG Lexis 64 *2, 58 Ops. Cal. Atty Gen 345, 346 (Cal AG 1975), as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 48.

4. Exh D Form SPB-5 Declaration of Surplus Real Property, July 29, 1946, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 80.

5. Exh E, Army letter granting Interim Permit for operation of Airport, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 60.

6. Exh F, April 26, 1946 Army letter granting Interim Permit for operation of Airport, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 80.

7. Exh G September 19, 1946 City of SM ltr to WAA regarding Clover Field, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 80.

8. Exh H January 9, 1947 ltr regarding determination of disposal of Clover Field under SPA, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 80.

9. Exh I August 18, 1947 Publication of Disposal, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 80.

10. Exh J April 9, 1948 ltr re WAA Agreement to Transfer, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 80.

11. Exh K Title Report, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item FAA Exhibit 1, Item 76.

12. Exh L Major Instruments and Agreements on Santa Monica Airport Land, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 36.

13. Exh M 1952 Release, as cited in Director's Determination May 27, 2008 FAA Exhibit 1 – Administrative Record, Item 90.