STUART F. DELERY  
Assistant Attorney General  
Civil Division  
ANDRE BIROTTE JR.  
United States Attorney  
JUDRY SUBAR  
Assistant Director  
Federal Programs Branch  
RAPHAEL O. GOMEZ  
(D.C. Bar #305540)  
Senior Trial Counsel  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
P.O. Box 883  
Washington, D.C.  20044  
Telephone:  (202) 514-1318  
Facsimile:  (202) 616-8460  
raphael.gomez@usdoj.gov  

Attorneys for Defendants  

UNITED STATES DISTRICT COURT  

FOR THE CENTRAL DISTRICT OF CALIFORNIA  

| | |
|---|---|
| CITY OF SANTA MONICA,<br><br>  Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>  Defendants. | No. CV 13-08046 JFW (VBKx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT |

This matter is before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint.  Upon consideration of the motion and finding it to be supported by good cause, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that this action is DISMISSED.

DATED:

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:
STUART F. DELERY
Assistant Attorney General
Civil Division

ANDRE BIROTTE JR
United States Attorney

JUDRY SUBAR
Assistant Director,
Federal Programs Branch


_____/s/_____
RAPHAEL O. GOMEZ
(D.C. Bar #305540)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-1318
Facsimile: (202) 616-8460
raphael.gomez@usdoj.gov

Attorneys for United States of America et al.