MARSHA JONES MOUTRIE (SBN 69711)
City Attorney
Marsha.Moutrie@smgov.net
JOSEPH LAWRENCE (SBN 99039)
Assistant City Attorney
LANCE S. GAMS (SBN 125487)
Deputy City Attorney
IVAN O. CAMPBELL (SBN 216049)
Deputy City Attorney
1685 Main Street, Third Floor
Santa Monica, California 90401-3295
Telephone: 310.458.8336
Facsimile: 310.393.6727

DON G. RUSHING (SBN 87565)
JAMES W. HUSTON (SBN 115596)
WILLIAM V. O'CONNOR, JR. (SBN 216650)
WOConnor@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff
CITY OF SANTA MONICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA MONICA,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, FEDERAL AVIATION ADMINISTRATION and MICHAEL P. HUERTA, in his Official Capacity as Administrator of the Federal Aviation Administration,<br><br>            Defendants. | Case No. CV 13-08046 JFW (VBKx)<br><br>**PLAINTIFF THE CITY OF SANTA MONICA'S INDEX OF EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: February 10, 2014<br>Time: 1:30 p.m.<br>Ctrm: 16<br><br>The Honorable John F. Walter<br><br>Complaint filed: October 31, 2013 |

27

Plaintiff respectfully submits this Index of Exhibits and Exhibits attached hereto in support of its Opposition to Defendants' Motion to Dismiss.

| Exhibit | Title | Page(s) |
|---|---|---|
| A | A true and correct copy of Santa Monica City Council Resolution No. 183, dated August 10, 1948, including a certification by David L. Willis on April 4, 2008, that this copy of Resolution No. 183 is a true and correct copy. | 29-30 |
| B | A true and correct copy of a letter from the FAA to Mr. Max Karant dated April 23, 1971 ("1971 Letter"). | 31-32 |
| C | A true and correct copy of FAA Docket No. 16-02-08, ORDER TO SHOW CAUSE dated March 26, 2008, *In the Matter of Compliance with Federal Obligations by the City of Santa Monica, California* ("2008 OSC"). | 33-41 |
| D | A true and correct copy of Chapter 23 of the "FAA Airport Compliance Manual."  This document is also known as FAA Order 5190.6B. | 42-52 |
| E | A true and correct copy of the survey results regarding the "George Tract" that was the subject of the 1952 Release. | 53 |
| F | The Declaration of Ivan O. Campbell. | 54-57 |

Dated: January 17, 2014    OFFICE OF THE CITY ATTORNEY
SANTA MONICA, CALIFORNIA


By: /s/ Marsha Jones Moutrie
    MARSHA JONES MOUTRIE
    City Attorney


Dated: January 17, 2014    MORRISON & FOERSTER LLP


By: /s/ Don. G. Rushing
    DON G. RUSHING

    Attorneys for Plaintiff
    CITY OF SANTA MONICA