# EXHIBIT A

State of California
County of Los Angeles
City of Santa Monica

    I, David L. Willis, Records Management Coordinator of the City of Santa Monica, do hereby certify that to the best of my knowledge and belief: the foregoing is a full, true and correct copy of Resolution No. 183, adopted at the August 10, 1948, City Council meeting and that I have carefully compared the same with the original(s).

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the City of Santa Monica, this 4th day of April 2008.

David L. Willis
Records Mgmt. Coord.
City of Santa Monica

EXHIBIT A

029

Book 28055 Page 222   RESOLUTION NO. 183

(CITY COUNCIL SERIES)

A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF SANTA MONICA ACCEPTING AN INSTRUMENT OF TRANSFER FROM THE UNITED STATES OF AMERICA.

THE CITY COUNCIL OF THE CITY OF SANTA MONICA DOES RESOLVE AS FOLLOWS:

SECTION 1. That that certain instrument of transfer from the United States of America, acting by and through the War Assets Administration, whereby said United States of America does surrender to the City of Santa Monica the former's lease-hold interest in and to the premises known as Cloverfield Santa Monica Municipal Airport and certain easements and temporary rights of way appurtenant thereto, be and the same hereby is accepted.

SECTION 2. That the City Manager hereby is authorized to execute said instrument of transfer on behalf of the city and the City Clerk shall attest his signature thereto.

SECTION 3. That the City Clerk shall certify to the adoption of this resolution and thenceforth and thereafter the same shall be in full force and effect.

ADOPTED and APPROVED this 10th day of August, 1948.

_____
Mayor

_____
City Clerk

I hereby certify that the foregoing resolution was duly adopted by the City Council of the City of Santa Monica at a regular meeting thereof held on the 10th day of August, 1948, by the following vote of the Council;

AYES:   Councilmen: Bernard, Guercio, Markworth, Neilson, Talmage, Schimmer
NOES:   Councilmen: None
ABSENT: Councilmen: Gates

_____
City Clerk

Approved as to form this
10 day of August, 1948.

ROYAL M. SORENSEN
Royal M. Sorensen, City Attorney

deed "4"