# EXHIBIT B

DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

WESTERN REGION
P.O. BOX 92007 WORLDWAY POSTAL CENTER
LOS ANGELES, CALIFORNIA 90009

2 3 APR 1971

RECEIVED

APR 26 1971

SENIOR VICE PRESIDENT

Mr. Max Karant
Senior Vice President
Aircraft Owners and
  Pilots Association
Washington, D. C. 20014

Dear Mr. Karant:

I appreciate and share your concern about the future of the Santa Monica Airport.

The Federal Aviation Administration is doing those things available to us to assure the continued availability of this important airport which is now serving some 500 based aircraft. Yet, like many others, Santa Monica Airport is vulnerable to being discontinued and its land used for non-airport purposes. The challenge, it seems to us, is in the frontier of having the good things aviation offers people sufficiently appreciated by the total public to protect this irreplaceable facility.

Federal funds in the sum of $219,421 have been expended for the development of this airport by reason of six Grant Agreements between the United States and the City of Santa Monica under the Federal-aid Airport Program. These agreements remain in effect for a period of twenty years from the date of acceptance. The most recent of these Grant Agreements was accepted by the City of Santa Monica on 24 July 1968, and will by its terms expire as of 23 July 1988.

The Grant Agreements contain certain assurances on the part of the sponsor including the obligation to operate and maintain the airport in a safe and serviceable condition throughout the term of the agreements. In the event the City of Santa Monica should move to close the airport, our first course of action, from a legal procedural point of view, would be to declare the City in default of its obligation of its Grant Agreements. This would put us in the posture of the federal government seeking recovery of the funds expended.

Should the City permit the airport to deteriorate, this could also result in a finding of non-compliance with the Grant Agreements and cause a declaration of default. While these actions are only safeguards, they basically constitute the range of federal legal authority. The current indications are that the City of Santa Monica is satisfactorily maintaining the runways and taxiways so as to meet its obligations. At this juncture, the airport is being adequately maintained as property of sort.

EXHIBIT B

031

The Honorable Anthony Dituri          Page 2

The ERA study indicates that "Economics Research Associates was retained to provide the City of Santa Monica with the economic basis on which it could base an astute decision . . . " Obviously, there are other cogent considerations upon which a final decision must be based. It is the sincere hope of the Department that the City will carefully consider all aspects of the problem before capitulating to the overwhelming allure of the dollar sign.

The analysis devotes 18 pages to the property as an airport, while 106 pages are devoted to alternate uses. It would appear that the total benefit provided by the airport to the city has not been adequately covered. We feel that with equivalent time and money expended, a rebuttal could be prepared with significantly different conclusions than those obtained by ERA.

The city must also realize that at a given point in time the proposed development will require that the airport be closed. At that time, leases will be abrogated, suits for damages will be initiated, the Federal Government will require repayment for airport improvement funds expended; the State, likewise, will require repayment of airport matching funds, local businesses on and off the airport which use aircraft in their business will be forced to relocate.

The study alludes to the Century City development several times, as a comparison and as competition. Mention is made of some 900 acres in the Marina Del Rey Area which is presently undeveloped. The alignment is to understand that their proposed development is a gamble, nothing less. Century City will continue to absorb growth for 15 years. The Marina site, which is twice as large, could develop for a longer period. Other attractive areas for development may appear as land use patterns change over the time frame considered.

In summary, we would again point out the role of the Santa Monica Airport in the National Aviation System Plan and in the Statewide Master Plan of Aviation. Nationally, Santa Monica is the eleventh most active general aviation airport in the nation. It is inconceivable that an airport could achieve this stature without generating a tremendous "sphere of influence" which provides unmeasurable but vital ancillary benefits to the community. The city should be willing to accept certain responsibilities for services at least commensurate with those provided by adjacent communities. While we cannot dispute that cities should be run efficiently and full advantage taken of their resources to provide for their residents, we cannot accept the closure for profit of such a keystone commodity as the Santa Monica Airport.

Sincerely,

JOSEPH R. CROTTI
Director

cc: Clyde V. Fitzgerald, Airport Director
    Arvin Bucknight, Director, Western Region, FAA

EXHIBIT B

032