# EXHIBIT E



EXHIBIT E