# EXHIBIT F

1  MARSHA JONES MOUTRIE (SBN 69711)
   City Attorney
2  Marsha.Moutrie@smgov.net
   JOSEPH LAWRENCE (SBN 99039)
3  Assistant City Attorney
   LANCE S. GAMS (SBN 125487)
4  Deputy City Attorney
   IVAN O. CAMPBELL (SBN 216049)
5  Deputy City Attorney
   1685 Main Street, Third Floor
6  Santa Monica, California 90401-3295
   Telephone:   310.458.8336
7  Facsimile:   310.393.6727

8  DON G. RUSHING (SBN 87565)
   JAMES W. HUSTON (SBN 115596)
9  WILLIAM V. O'CONNOR, JR. (SBN 216650)
   WOConnor@mofo.com
10 MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
11 Los Angeles, California 90017-3543
   Telephone:   213.892.5200
12 Facsimile:   213.892.5454

13 Attorneys for Plaintiff
   CITY OF SANTA MONICA
14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17 CITY OF SANTA MONICA,               Case No. CV13-08046-JFW (VBKx)

18              Plaintiff,             **DECLARATION OF IVAN O.**
                                       **CAMPBELL IN SUPPORT OF**
19        v.                           **CITY OF SANTA MONICA'S**
                                       **OPPOSITION TO DEFENDANTS'**
20 UNITED STATES OF AMERICA,           **MOTION TO DISMISS**
   FEDERAL AVIATION                    **COMPLAINT**
21 ADMINISTRATION and MICHAEL P.
   HUERTA, in his Official Capacity as
22 Administrator of the Federal Aviation
   Administration,
23
                Defendants.            Date:    February 10, 2014
24                                     Time:    1:30
                                       Ctrm:    16
25

26                                     Complaint filed:  October 31, 2013

27

28

I, Ivan O. Campbell, declare as follows:

1.     I am a Deputy City Attorney in the Santa Monica City Attorney's Office.  I am licensed to practice law in the State of California.  I have personal knowledge of the facts set forth below and if called upon to testify, I could and would testify truthfully as to the matters set forth herein.

2.     The information contained in this declaration was obtained in the course of my official duties as Deputy City Attorney.

3.     As a Deputy City Attorney, I am regularly involved in various administrative proceedings and litigation matters on behalf of the City.  These include matters in which the City is named as a party in proceedings related to the Santa Monica Municipal Airport, commonly referred to as "SMO."

4.     I am also responsible for advising airport staff at SMO concerning day-to-day operations at the airport.  This includes advising SMO staff concerning management and operations, compliance with federal obligations (AIP Grant Assurances), commercial property management and landlord tenant law, enforcement of the noise abatement program and departure curfew, enforcement of the landing fee program, and transactional work, including drafting vendor contracts and professional services agreements.  I also advise the city's Airport Commission.

5.     Among these responsibilities, I am directly involved with the City's leasing practices at SMO.  In this respect, I advise airport staff on various aspects of landlord/tenant law, with the City's goals and obligations related to the airport property in mind.  I am familiar with and have ready access to the leases that the City has entered into with various parties related to services and physical space at SMO.

6.     Currently, all leases for non-aviation tenancies at SMO that are for a term of years are set to expire in or before 2015.  All leases for aviation-related

1

CAMPBELL DEC ISO OPPO TO MTD COMPLAINT
Case No. CV13-08046-JFW (VBKx)

sd-633360

EXHIBIT F

055

tenancies at SMO that are for a term of years are also set to expire in or before 2015.

7.     All other leases at SMO that are not for a term of years are currently month-to-month leases that require only statutory notice prior to lease termination.

8.     Also among my responsibilities is interfacing with the City Civil Engineers related to SMO.  The Principal Civil Engineer at the City of Santa Monica, Rick Valte, has plotted the property released by what the FAA refers to in its Motion to Dismiss as the "1952 Release."  *See* Ex. M to Defendants' Motion to Dismiss.  Upon plotting the property that is the subject of the 1952 Release, known as the "George Tract," Mr. Valte determined that the George Tract is outside the Airport Property that was the subject of Santa Monica's leases to the United States. The George Tract is accordingly also outside the leasehold interest surrendered by the United States through the IOT.

9.     Attached to Plaintiff's Index of Exhibits in Support of its Opposition to Defendants' Motion to Dismiss as Exhibit A is a true and correct copy of Santa Monica City Council Resolution No. 183, dated August 10, 1948, including a certification by David L. Willis on April 4, 2008, that this copy of Resolution No. 183 is a true and correct copy.  Resolution No. 183 and the attached certification were kept in the course of Santa Monica's regularly conducted official activities.

10.     Attached to Plaintiff's Index of Exhibits in Support of its Opposition to Defendants' Motion to Dismiss as Exhibit B is a true and correct copy of a letter from the FAA to Mr. Max Karant dated April 23, 1971 ("1971 Letter").  This document was kept in the course of Santa Monica's regularly conducted official activities related to SMO.  The 1971 Letter is also an official FAA document bearing the FAA's seal.

11.     Attached to Plaintiff's Index of Exhibits in Support of its Opposition to Defendants' Motion to Dismiss as Exhibit C is a true and correct copy of  FAA Docket No. 16-02-08, ORDER TO SHOW CAUSE dated March 26, 2008, *In the*

2

CAMPBELL DEC ISO OPPO TO MTD COMPLAINT
Case No. CV13-08046-JFW (VBKx)

EXHIBIT F

*Matter of Compliance with Federal Obligations by the City of Santa Monica, California* ("2008 OSC"). This document was kept in the course of Santa Monica's regularly conducted official activities. The 2008 OSC is also an official FAA document bearing the signature of Kelvin L. Solco, the Acting Director – Office of Airport Safety and Standards.

12. Attached to Plaintiff's Index of Exhibits in Support of its Opposition to Defendants' Motion to Dismiss as Exhibit D is a true and correct copy of Chapter 23 of the "FAA Airport Compliance Manual." This document is also known as FAA Order 5190.6B. The Order was promulgated by the U.S. Department of Transportation, Federal Aviation Administration, and represents "National Policy." This document was kept in the course of Santa Monica's regularly conducted official activities related to SMO. Exhibit D is also an official document of the FAA. A full PDF version of the Airport Compliance Manual, Order 5190.6B, is available at http://www.faa.gov/documentLibrary/media/Order/5190_6b.pdf. I last visited this webpage on January 16, 2014.

13. Attached to Plaintiff's Index of Exhibits in Support of its Opposition to Defendants' Motion to Dismiss as Exhibit E is a true and correct copy of survey results regarding the "George Tract" that was the subject of the 1952 Release. Exhibit E also shows an approximation of the land released by the 1956 Release.

Executed this 17 day of January, 2014, at Santa Monica, California.

By: IVAN O. CAMPBELL

CAMPBELL DEC ISO OPPO TO MTD COMPLAINT
Case No. CV13-08046-JFW (VBKx)

sd-633360

EXHIBIT F

057