```
1    STUART F. DELERY
     Assistant Attorney General
2    Civil Division
     ANDRE BIROTTE JR.
3    United States Attorney
     JUDRY SUBAR
4    Assistant Director
     Federal Programs Branch
5    HECTOR G. BLADUELL
     Trial Attorney
6    RAPHAEL O. GOMEZ
     (D.C. Bar #305540)
7    Senior Trial Counsel
     U.S. Department of Justice
8    Civil Division, Federal Programs Branch
     P.O. Box 883
9    Washington, D.C.  20044
     Telephone:  (202) 514-1318
10   Facsimile:  (202) 616-8460
     raphael.gomez@usdoj.gov
11
     Attorneys for Defendants
12
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA MONICA, | No. CV 13-08046 JFW (VBKx) |
| Plaintiff, | Honorable John F. Walter |
| v. | Noticed Motion Date and Time: February 10, 2014 1:30 p.m. |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | **DEFENDANTS' INDEX OF EXHIBTS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS** |

Defendants respectfully submit this Index of Exhibits and Exhibits attached hereto in support of its Reply in Support of Defendants' Motion to Dismiss.

| Exhibit | Title | Page(s) |
|---|---|---|
| A | The Declaration of Sharon Long dated January 23, 2014, in Support of Defendant United States of America Reply | 15-16 |
| B | A true and correct copy of a letter from the FAA to Mr. Max Karant, dated April 23, 1971 | 17-18 |
| C | A true and correct copy of a letter from Arvin O. Basniht to the Mayor of Santa Monica, dated June 16, 1971 | 19-21 |

DATED January 27, 2014

Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General
Civil Division

OF COUNSEL:

KATHRYN B. THOMSON
Acting General Counsel
PAUL M. GEIER
Assistant General Counsel for Litigation
PETER J. PLOCKI
Deputy Assistant General Counsel for Litigation
TIMOTHY H. GOODMAN
Senior Trial Attorney
United States Department of Transportation

MARC WARREN
Acting Chief Counsel
DAPHNE FULLER
Assistant Chief Counsel
JONATHAN CROSS
Manager, Airport Law Branch
SCOTT MITCHELL

ANDRE BIROTTE JR.
United States Attorney

JUDRY SUBAR
Assistant Director,
Federal Programs Branch

　/s/ Raphael O. Gomez　
HECTOR G. BLADUELL
Trial Attorney
RAPHAEL O. GOMEZ
(D.C. Bar #305540)
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
Federal Programs Branch

Attorney-Advisor
Federal Aviation Administration

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-1318
Facsimile: (202) 616-8460
raphael.gomez@usdoj.gov

Attorneys for Defendants