# EXHIBIT A

```
 1  STUART F. DELERY
    Assistant Attorney General
 2  Civil Division
 3  ANDRE BIROTTE JR.
    United States Attorney
 4  JUDRY SUBAR
 5  Assistant Director
    Federal Programs Branch
 6  HECTOR G. BLADUELL
 7  Trial Attorney
    RAPHAEL O. GOMEZ
 8  (D.C. Bar #305540)
 9  Senior Trial Counsel
    U.S. Department of Justice
10  Civil Division, Federal Programs Branch
11  P.O. Box 883
    Washington, D.C.  20044
12  Telephone:  (202) 514-1318
13  Facsimile:  (202) 616-8460
    raphael.gomez@usdoj.gov
14
15  Attorneys for Defendants
16  United States of America et al.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA MONICA, | No. 13-08046 JFW (VBKx) |
| Plaintiff, | **DECLARATION OF SHARON LONG IN SUPPORT OF DEFENDANT UNITED STATES OF AMERICA'S REPLY** |
| v. | |
| UNITED STATES OF AMERICA, et al. | Honorable John F. Walter |
| Defendants. | |

## DECLARATION OF SHARON LONG

I, Sharon Long, do hereby state and declare as follows:

1. I am a paralegal at the Federal Aviation Administration, where I have worked since 1996.

2. The information provided in this declaration was obtained in the course of my official duties.

3. I hereby certify that the two documents listed in paragraph four, which are submitted in support of Defendant's Reply, are true and correct copies of official documents from the Federal Aviation Administration. These documents were maintained and kept in the course of the agency's regularly conducted official activities.

4. Exhibit B is a true and correct copy of a letter from the FAA to Mr. Max Karant, dated April 23, 1971. Exhibit C is a true and correct copy of a letter from the Arvin O. Basniht to the Mayor of Santa Monica, dated June 16, 1971. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2014, at Washington, DC.

_____
Sharon Long

1

EXHIBIT A
016