# EXHIBIT B

2 3 APR 1971

Mr. Max Karant
Senior Vice President
Aircraft Owners and
  Pilots Association
Washington, D. C. 20014

Dear Mr. Karant:

I appreciate and share your concern about the future of the Santa Monica Airport.

The Federal Aviation Administration is doing those things available to us to assure the continued availability of this important airport which is now serving some 500 based aircraft. Yet, like many others, Santa Monica Airport is vulnerable to being discontinued and its land used for non-airport purposes. The challenge, it seems to us, is in the frontier of having the good things aviation offers people sufficiently appreciated by the total public to protect this irreplaceable facility.

Federal funds in the sum of $219,421 have been expended for the development of this airport by reason of six Grant Agreements between the United States and the City of Santa Monica under the Federal-aid Airport Program. These agreements remain in effect for a period of twenty years from the date of acceptance. The most recent of these Grant Agreements was accepted by the City of Santa Monica on 24 July 1968, and will by its terms expire as of 23 July 1988.

The Grant Agreements contain certain assurances on the part of the sponsor including the obligation to operate and maintain the airport in a safe and serviceable condition throughout the term of the agreements. In the event the City of Santa Monica should move to close the airport, our first course of action, from a legal procedural point of view, would be to declare the City in default of its obligation of its Grant Agreements. This would put us in the posture of the federal government seeking recovery of the funds expended.

Should the City permit the airport to deteriorate, this could also result in a finding of non-compliance with the Grant Agreements and cause a declaration of default. While these actions are only safeguards, they basically constitute the range of federal legal authority. The current indications are that the City of Santa Monica is satisfactorily maintaining the runways and taxiways so as to meet its obligations. In this sense, the airport is being adequately maintained and properly operated.

Page 2

You may be assured that we consider Santa Monica Airport an important part of the national air transportation system--its location and service to the public would be difficult, if not impossible, to replace. Within the framework of statutory authority and regulations we will extend ourselves to assure it is continued for the use and benefit of the public.

In addition to the grant-in-aid funds that have been made available for this airport, there are other federal investments including the airport traffic control tower, the TVOR, REIL and VASI, which collectively represent an additional investment of $710,000 federal funds which serve to support the conclusion of the importance to aviation of this facility.

We regret the delay in answering your inquiry and trust that this data is responsive to your interests. Should you have further questions, please let us know.

Sincerely,

ORIGINAL SIGNED BY
ARVIN O. BASNIGHT

ARVIN O. BASNIGHT
Director

cc:
LAX-600

WE-660:DJPeterson:paa:4/20/71
WE-600:CJWinger:paa:4/20/71
Rewritten:  AOBasnight:brn:4/23/71