# EXHIBIT C

LAX-600

601
660+
610

file

1 6 JUN 1971

Honorable Anthony Dituri
Mayor of Santa Monica
1685 Main Street
Santa Monica, California 90401

Dear Mayor Dituri:

We have been informed that the City of Santa Monica is considering
alternative uses of the property presently used for the Santa Monica
Airport. I respectfully suggest, at the outset, that retention of the
Santa Monica Airport in our transportation system requires consideration
of many factors other than direct economic returns, not the least of
which is the fact that air transportation in Southern California is
highly dependent upon the continued operation by multiple municipalities
of all the existing airports serving our complex community. This is as
true for Santa Monica as it is for the continued operation of Los Angeles
International Airport.

Mr. C. V. Fitzgerald, Airport Director of the Santa Monica Municipal
Airport, has provided me with a copy of the report dated 5 January 1971,
entitled "Analysis of Airport and Alternative Uses for the Santa Monica
Airport Property" prepared for the City of Santa Monica by Economic
Research Associates of Los Angeles, California. I understand the report
was prepared for the City in order to plan for the future use of the
airport property and presents a number of alternative land use potentials.
The ERA report concludes that if the current use of the property as an
airport should be terminated and alternative development undertaken,
that the annual revenue accruing to the City from other uses could
approach ten times that presently being derived from the airport.

Obviously, the City of Santa Monica must appraise realistically the
financial implications of the projected revenue from alternative uses.
However, once the decision is made to eliminate the airport, whether
instantly or on a time phase basis, it can no longer be developed and,
eventually, will be removed from the national air transportation system.
We realize that ERA was retained to provide economic facts and while it
is not our intention to be critical, it is suggested that further study
might be made to evaluate the indirect economic, sociological, or ecological
benefits derived from the continuing use of the property as a public air-
port, or conversely, to evaluate the effect upon human environment in the

EXHIBIT C
019

2

community by the concentration of light industry, commercial stores, hotels, condominiums, and high-rise office buildings in this area in place of the airport. Furthermore, a greater in-depth study and evaluation might also be made of the potential commercial aviation use value of the airport.

I am sure that the City Council will desire to weigh all the factors before reaching any decision of this importance. My purpose in writing you at this time is to focus on the importance of the Santa Monica Municipal Airport to the national air transportation system. This is exemplified by the fact that Santa Monica Airport ranks 25th in total aircraft operations out of 335 airports in the United States being served by FAA air traffic control towers. Thus, in terms of total aircraft operations it is busier than airports such as Boston, St. Louis, Pittsburgh, and Washington National. Although Santa Monica is not presently served by air carriers it should be noted that out of the 323,589 total aircraft operations in Calendar Year 1970, 163,843 were classed as general aviation itinerant operations. In other words, Santa Monica, which ranks 11th in this classification contributes significantly as a reliever airport for general aviation itinerant air traffic. If all of these operations were forced to switch to Los Angeles International Airport it could only result in serious delays or a significant reduction in air carrier operations at Los Angeles. Presumably the residents of the City of Santa Monica as part of the general populace would thereby be inconvenienced. I might add that the loss of any one of the reliever airports in the greater Los Angeles area having significant general aviation itinerant traffic such as Torrance with 171,574 such operations, Hawthorne with 125,317 itinerant operations, Fullerton with 163,238 itinerant operations, or Van Nuys with 313,551 itinerant operations would greatly burden the air transportation system.

It is in recognition of the importance of general aviation reliever airports that the Federal Government has been willing to participate in the development of airports such as Santa Monica under the Federal Aviation Act of 1958 and the Airport and Airway Development Act of 1970. As you know, Santa Monica Municipal Airport was initially developed during World War II when the Federal Government expended some $795,959 after the City leased the airport to the government. Following the return of the leasehold interest the CAA/FAA participated in six development projects of which the total federal share amounted to $219,421. In addition to the Grant-in-Aid funds other federal funds have been expended on air navigation facilities such as a new airport traffic control tower, the TVOR, RBLL, and VASI, which collectively represent an additional investment of $710,000 all of which was considered necessary in order to retain Santa Monica Airport in the national air transportation system.

EXHIBIT C
020

3

Aside from the money expended for National Defense, most of the afore-mentioned investments were made on the basis that the City of Santa Monica was willing to make certain commitments. The legal contracts have been reviewed and explained in detail in a formal legal opinion dated 23 January 1962 by Mr. Robert G. Cockins, City Attorney of Santa Monica. Particularly, the City Attorney pointed out that the "Instrument of Transfer" wherein the United States in August of 1948 surrendered its leasehold interest in the airport and assigned to the City certain ease-ments, structures, improvements, and chattels, contained a clause whereby no property transferred under the agreement could be used, leased, sold, salvaged, or disposed of by the City of Santa Monica for other than air-port purposes without the written consent of the Federal Government. Further, the Instrument of Transfer provides that if these terms are not observed or complied with, the title, right of possession, and all other rights transferred, revert to the Federal Government unless cured within sixty days of notice of default. The City Attorney also pointed out that the Grant Agreements executed by the City of Santa Monica in order to obtain federal funds to develop Santa Monica Airport under the Federal Airport Act of 1946 require the City to suitably operate and maintain the airport and all facilities thereon for airport purposes. The latest Grant Agreement was accepted by the City of Santa Monica on 23 June 1968 and by its terms remains in effect for twenty years, that is, until 23 June 1988.

The Federal Aviation Administration has no intention of consenting to the use of this property for other than airport purposes and will insist on the City of Santa Monica complying with its contractual obligations to the Government. To do otherwise would seriously impair the national air transportation system and particularly would be detrimental to the residents of all of Southern California who are dependent in one way or another upon air transportation.

The availability of a network of airports such as Santa Monica has helped to make the United States transportation system the greatest in the world and is essential to the continued economic growth of the country and this community. We therefore strongly urge that the airport be continued in operation.

Sincerely,

ORIGINAL SIGNED BY
(ARVIN O. BASNIGHT

ARVIN O. BASNIGHT
Regional Director

cc:
GC-1
AS-1
OP-1
WE-200
WE-400
WE-500
WE-600
LAX-600

EXHIBIT C
021