Donald P. Brigham (California State Bar no. 68708)
dbrigham@brighamlawfirm.us
Brigham Law Firm
831 State Street, Suite 240
Santa Barbara, CA 93101
Telephone: 805.845.0490

*Of Counsel:*

Kathleen A. Yodice
kathy.yodice@aopa.org
Elizabeth M. Candelario
elizabeth.candelario@aopa.org
Law Offices of Yodice Associates
411 Aviation Way, Suite 245
Frederick, MD 21701
Telephone: 301.695.2300
Facsimile: 301.695.2151

Kenneth Mead
ken.mead@aopa.org
Aircraft Owners and Pilots Association
421 Aviation Way
Frederick, MD 21701
Telephone: 301.695.2018
Facsimile: 301.695.2202

Attorneys for *Amicus Curiae*
AIRCRAFT OWNERS AND PILOTS
ASSOCIATION

Edward M. Bolen
ebolen@nbaa.org
National Business Aviation Association
1200 G Street NW, Suite 1100
Washington, DC 20005
Telephone: 202.783.9450
Facsimile: 202.463.6287

Attorney for *Amicus Curiae*
NATIONAL BUSINESS AVIATION
ASSOCIATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SANTA MONICA, | Case Number: CV13-08046 |
| Plaintiff | **PROPOSED ORDER ON MOTION TO APPEAR AS *AMICUS CURIAE*** |
| v. | |
| UNITED STATES OF AMERICA, FEDERAL AVIATION ADMINISTRATION and MICHAEL P. HUERTA, in his Official Capacity as Administrator of the Federal Aviation Administration, | Hon. John F. Walter
Date: March 10, 2014
Time: 1:30pm
Place: Courtroom 16 |
| Defendants | |

Having considered Amici's Motion for Amicus Status and Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss, and finding good cause therefor:

Amici are granted *amicus* status in connection with the Defendants' motion to dismiss now pending before this Court, and the Court shall take under submission Amici's Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss.

_____
Hon. John F. Walter
Date: