**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **City of Santa Monica**<br><br>                      Plaintiff(s)<br>        v.<br><br>**United States of America, et al.**<br><br>                      Defendant(s). | CASE NUMBER:<br><br>**CV 13-8046-JFW (VBKx)**<br><br>**ORDER VACATING SCHEDULING CONFERENCE**<br>**AND**<br>**REFERRAL TO PRIVATE MEDIATION** |

**The Court has reviewed the parties' Joint Rule 26(f) Report and finds that a Scheduling Conference is not necessary. The hearing on August 22, 2016 is vacated and taken off calendar. A Scheduling and Case Management Order will issue. Any unserved DOE defendants are dismissed at this time.**

**The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:**

    **ORDERS** this case referred to:

- ☐ ADR PROCEDURE NO. 1: (☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

- ☐ ADR PROCEDURE NO. 2: This case is referred to the ADR Program. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

- ☒ **ADR PROCEDURE NO. 3: (Private mediation).**

  **The ADR proceeding is to be completed no later than: March 7, 2017**
  **The Joint Report re: Results of Settlement Conference due on: March 14, 2017**

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: **August 11, 2016**

                                                                                       /s/ John F. Walter
cc: ADR Coordinator                                            United States District Judge